IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:15-CV-134-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF NORTH CAROLINA *ex rel*. DAVID A. MAJURE, M.D., and CARLA C. MAJURE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CAROLINA COMPREHENSIVE HEALTH NETWORK, PA, STATESVILLE MEDICAL MANAGEMENT SERVICES, LLC, MICHAEL A. SMITH, BRIAN GASKILL, CODEY BROW, and DR. HARRISON "GABE" FRANK,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　**ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Notice Of Election To Intervene In Part To Effectuate Settlement Agreement And Request To Unseal Certain Case Documents" (Document No. 57) filed August 25, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

By the instant filing, the United States and the State of North Carolina ("Intervening Parties") "notify the Court of their election to intervene in part for settlement purposes with Defendants Michael A. Smith, Codey Brown, and Dr. Harrison "Gabe" Frank (the "Settlement Defendants")" pursuant to the False Claims Act, 31 U.S.C. §3730(b)(2) and (4), and the North Carolina False Claims Act, N.C. Gen. Stat. § 1-605 *et seq*. (Document No. 57, p. 1). The Intervening Parties also request that the Relators' "Qui Tam Complaint" (Document No. 2), the

"Joint Notice…" (Document No. 57), and this Order be unsealed; and that all other papers on file in this case remain under seal.

**IT IS, THEREFORE, ORDERED** that the "Joint Notice Of Election To Intervene In Part To Effectuate Settlement Agreement And Request To Unseal Certain Case Documents" (Document No. 57) is **GRANTED** as follows:

1. The Relators' "Qui Tam Complaint" (Document No. 2), the "Joint Notice Of Election To Intervene In Part…" (Document No. 57) (including its attachments), and this Order shall be **unsealed**;

2. All other papers or Orders on file in this matter shall remain under seal;

3. The seal shall be lifted on all matters occurring in this action *after* the date of this Order; and

4. The United States and the State of North Carolina shall be provided copies of all further Orders in this matter.

**SO ORDERED**.

Signed: August 26, 2020

David C. Keesler
United States Magistrate Judge